MICHAEL COSENTINO, State Bar No. 83253
Attorney at Law
P.O. Box 129
Alameda, CA  94501
Telephone:   (510) 523-4702
Facsimile:   (510) 747-1640

Attorney for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

**UNITED STATES OF AMERICA**,

        Plaintiff,

    v.

**RICHARD B. RATHBUN**
**aka RICHARD RATHBUN**,

        Defendant(s),

  and

**RECALL CORPORATION**,

        Garnishee.
_____/

No. **C98-00451 M**

**ORDER OF CONTINUING GARNISHMENT**

    A Writ of Continuing Garnishment, directed to the above captioned Garnishee, has been duly issued and served upon the Garnishee.  Pursuant to the Writ of Continuing Garnishment, the Garnishee served an Answer to the Writ by mail on June 8, 2016, stating that at the time of the service of the Writ, the Garnishee had in its possession or under its control personal property belonging to and due the above entitled defendant (debtor, hereafter), and that Garnishee was indebted to debtor in the sum of his/her gross bi-weekly wages.

    On March 14, 2016, the debtor was notified of his/her right to a hearing and has not

1  requested a hearing to determine exempt property, nor has debtor filed an Objection
2  to the Answer of Garnishee or requested a hearing on such an Objection.
3        The Application of Plaintiff and the Declaration of Michael Cosentino in Support of
4  the Application for an ORDER OF CONTINUING GARNISHMENT having been considered,
5  the matter having been submitted and good cause appearing therefor,
6        IT IS ORDERED that RECALL CORPORATION, Garnishee, immediately remit to the
7  United States Department of Justice all monies held from each pay period of the debtor
8  from May 13, 2016, to the date of this Order, and continue to pay 25 % of net earnings for
9  all future pay periods to plaintiff until the registration/judgment of $5,737.91, plus post
10 judgment interest at the rate of 5.407% compounded annually pursuant to 28 USC §1961(b)
11 from the date of registration/judgment entry, March 25, 1998, less any sums tendered
12 toward satisfaction of the obligation during said time period, until the judgment is paid in full
13 or until the Garnishee no longer has custody, possession or control of any property
14 belonging to the debtor or until further Order of this court.  **The balance due on the**
15 **judgment as of July 6, 2016 is $13,110.89.**
16        IT IS FURTHER ORDERED that said payments be made payable to the U.S.
17 Department of Justice, and be mailed to the

        U.S. Department of Justice
        Nationwide Central Intake Facility
        P.O. Box 790363
        St. Louis, MO 63179-0363

21 referencing the debtor's name and CDCS number 1998B14499 on the check for posting
22 purposes.

24 Dated:   ____July 15, 2016_____            _____
                                                  UNITED STATES MAGISTRATE JUDGE



ORDER OF CONTINUING GARNISHMENT, cand **C98-00451 M**